

## ORDERED in the Southern District of Florida on October 28, 2010.

*John K. Olson, Judge*
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

**In re:**

**Trafford Distributing Center, Inc.**
*a/k/a Trafford Distribution Center, Inc.,*

      Debtor.
_____/

Soneet R. **Kapila**, *Chapter 7 Trustee*,

      Plaintiff,

**-v-**

Richard I. **Clark**, *as trustee for the Matthew Wortley Trust d/b/a X Co. Finance,*

Richard I. Clark, *as trustee for the Matthew Wortley Trust d/b/a X Co. Factoring Corp.,*

Richard I. Clark, *d/b/a X Co. Factoring Corp.,*

Richard I. Clark, *as trustee for the Matthew Wortley Trust d/b/a X Co. Factoring Corp.,*

Case No. 08-17980-BKC-JKO

Chapter 7

Adversary Proceeding No.

08-01759-JKO

Richard I. Clark, *d/b/a X Co. Finance,*

Richard I. Clark, *as trustee for Joseph M. Wortley Trust d/b/a X Co. Finance,*

Richard I. Clark, *as trustee for Joseph M. Wortley Trust d/b/a X Co. Factoring Corp.,*

Richard I. Clark, *d/b/a Matthew Wortley Trust,*

Richard I. Clark, *d/b/a Joseph M. Wortley Trust,*

      Defendant(s).
_____/

Soneet R. **Kapila**, *Chapter 7 Trustee*,

      Plaintiff,

**-v-**

**Liberty Properties at Trafford, LLC**,
Liberty Associates, LC, and
Advanced Vehicle Systems, LLC,

      Defendants.
_____/

Adversary Proceeding No.

08-01792-JKO

Soneet R. **Kapila**, *Chapter 7 Trustee*,

      Plaintiff,

**-v-**

Barbara **Wortley**,

      Defendant.
_____/

Adversary Proceeding No.

08-01793-JKO

## **ORDER RECUSING JUDGE & DIRECTING REASSIGNMENT OF CASE**

On August 24, 2010, the Defendants in these adversaries filed motions seeking my recusal and vacatur of rulings.[1] I denied those motions because: (1) the Defendants' arguments under 28 U.S.C. § 455(b) ran counter to applicable case law; and (2) their § 455(a) arguments were grounded in those § 455(b) arguments as well as unhappiness with my rulings against them.

On September 3, 2010, the Defendants filed "Second Motions" seeking my recusal and vacatur of rulings.[2] These "Second Motions" are actually reconsideration motions which do not satisfy reconsideration standards. Nevertheless, for the reasons stated on the record at the hearing conducted October 28, 2010, the Plaintiff believes that recusal and reassignment will be beneficial as a practical matter. I will accordingly recuse myself to speed these adversary proceedings to a more prompt conclusion. The clerk is directed to reassign the main bankruptcy case and all related adversary proceedings to another judge.

SO ORDERED.

# # #

Copies to:

The clerk is directed to provide copies of this order to all registered interested parties.

---

[1] *See* [ECF No. 211] in 08-01759; [ECF No. 251] in 08-01792; [ECF No. 233] in 08-01793.

[2] *See* [ECF No. 219] in 08-01759; [ECF No. 259] in 08-01792; [ECF No. 246] in 08-01793.